# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

                    Plaintiff,          :        Case No. 3:12-cr-116

                                        District Judge Thomas M. Rose

     -  vs  -                         Magistrate Judge Michael R. Merz

JAMEEL TABOR,

                    Defendant.         :

---

# REPORT AND RECOMMENDATIONS ON MOTION TO AMEND
# THE JUDGMENT

---

This criminal case is before the Court on Defendant's Rule 59(e) Motion to Reconsider Judgment Order (ECF No. 379).

Final judgment on Defendant's Motion to Vacate Sentence was entered on December 14, 2016 (ECF No. 377).  Defendant's instant Motion under Fed. R. Civ. P. 59(e) was not filed until March 20, 2017.  Under Rule 59(e), such a motion must be filed within twenty-eight days after entry of the judgment or, in this case, not later than January 11, 2017.  The Court has no authority to extend that time.  Fed. R. Civ. P. 6.

1

Therefore the Motion should be denied.

April 5, 2017.

s/ *Michael R. Merz*
United States Magistrate Judge

## NOTICE REGARDING OBJECTIONS

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Pursuant to Fed. R. Civ. P. 6(d), this period is extended to seventeen days because this Report is being served by mail. .Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendations are based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections within fourteen days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140, 153-55 (1985).